WALTER PHILLIPS v. STATE OF NEW JERSEY,
DEPARTMENT OF DEFENSE.

February 16, 1984.

Petition for certification granted.

STATE OF NEW JERSEY v. WILLIE HARRISON.

February 16, 1984.

Petition for certification denied.

WOMEN'S MEDICAL CENTER AT HOWELL, NORTH JERSEY
GYNECOLOGICAL CENTER, INC. v.
JOANNE FINLEY, M.D.

February 16, 1984.

Petition for certification denied.

FRANCES MCCARTHY WOOD v. WILFRED P. WOOD.

February 16, 1984.

Petition for certification denied.